FILED
CLERK, U.S. DISTRICT COURT

MAR - 7 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                        DEPUTY

Priority ✓
Send ✓
Enter ✓
Closed
JS-5/JS-6 ✓
JS-2/JS-3
Scan Only

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY D. LONGMIRE,                )<br>                                   )<br>              Petitioner,           )<br>                                   )<br>         v.                        )<br>                                   )<br> V.M. ALMAGER, Warden,             )<br>                                   )<br>              Respondent.          )<br>_____ ) | NO. CV 07-06619 CJC (SS)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: *March 5, 2008*

CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE